```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ECOSENSE LIGHTING, INC.,                                           :
                                                                   :
                         Plaintiff,                                :
                                                                   :           20-cv-4946 (LJL)
         -v-                                                       :
                                                                   :              ORDER
JOSHUA J. RYAN,                                                    :
                                                                   :
                         Defendant.                                :
                                                                   :
-------------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/30/2020

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiff's application for a temporary restraining order and preliminary injunction.  *See* Dkt. No. 7.  It is hereby ORDERED that a telephonic hearing on this application is scheduled for June 30, 2020 at 6:00 p.m.  The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

Plaintiff is ordered to notify Defendant of this Order in advance of the hearing.

SO ORDERED.

Dated: June 30, 2020
       New York, New York                                  _____
                                                                 LEWIS J. LIMAN
                                                                 United States District Judge