```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ECOSENSE LIGHTING, INC.,

                Plaintiff,

   -v-

JOSHUA J. RYAN,

                Defendant.
------------------------------------------------------------------X

20-cv-4946 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    It is hereby ORDERED that the telephonic hearing regarding the application for a temporary restraining order and preliminary injunction, previously scheduled for June 30, 2020 at 6:00 p.m., is ADJOURNED to July 1, 2020 at 9:00 a.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

    Plaintiff is ordered to notify Defendant of this Order in advance of the hearing.

    SO ORDERED.

Dated: June 30, 2020
       New York, New York

                                                LEWIS J. LIMAN
                                                United States District Judge