```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ECOSENSE LIGHTING, INC.,                                          :
                                                                  :
                        Plaintiff,                                :
                                                                  :
        -v-                                                       :
                                                                  :
JOSHUA J. RYAN,                                                   :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

20-cv-4946 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have requested by email a one-day adjournment of the telephonic hearing regarding the application for a temporary restraining order and preliminary injunction, previously scheduled for July 1, 2020 at 9:00 a.m. The hearing is hereby ADJOURNED to July 2, 2020 at 9:00 a.m. The parties are directed to dial into the Court's teleconference line at 1-888-251-2909, Access Code 2123101, and follow the necessary prompts.

Plaintiff is ordered to notify Defendant of this Order in advance of the hearing.

SO ORDERED.

Dated: June 30, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge